**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; NONESUCH RECORDS INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No.: 5:08-cv-00577-NAM-DEP |

      Plaintiffs,

v.

DOES 1-10,

      Defendants.

  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ZOMBA RECORDING LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe # 8, also identified as ID # 146279976 with IP address 132.236.195.71 2007-10-28 12:46:01 EDT, each party to bear its/her own fees and costs.

1

**LECLAIR KORONA GIORDANO COLE LLP**
Attorneys for Plaintiffs

Dated: July 18, 2008         By:     s/Steven E. Cole
                                     Steven E. Cole, Esq.
                                     Bar No. 301499
                                     Attorneys for Plaintiffs
                                     150 State Street, Suite 300
                                     Rochester, New York 14614-1353
                                     Telephone: (585) 327-4100
                                     Fax: (585) 327-4200
                                     E-mail: scole@leclairkorona.com

SO ORDERED

_/s/ David E. Peebles_
David E. Peebles
U.S. Magistrate Judge
Dated:  7/21/08
Syracuse, New York

2