UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; NONESUCH RECORDS INC., a Delaware corporation; and MAVERICK RECORDING COMPANY, a California joint venture,<br>　　　　　　Plaintiffs,<br>v.<br><br>DOES 1-10,<br>　　　　　　Defendants. | NOTICE OF DISMISSAL WITHOUT PREJUDICE<br><br>Case No.:<br>5:08-cv-00577-NAM-DEP |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ZOMBA RECORDING LLC, et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against all Doe Defendants, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

　　　　　　　　　　　　　　　　　　　　　　LECLAIR KORONA GIORDANO COLE LLP

Dated: September 2, 2008

By: s/Steven E. Cole
Steven E. Cole, Esq.
Bar No. 301499
Attorneys for Plaintiffs
150 State Street, Suite 300
Rochester, New York 14614-1353
Telephone: (585) 327-4100
Fax: (585) 327-4200
E-mail: scole@leclairkorona.com

SO ORDERED

David E. Peebles
U.S. Magistrate Judge
Dated: 9/3/08
Syracuse, New York

1